UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MARSHA RILES HARRIS, as EXECUTRIX OF THE ESTATE OF EDDIE MALONE, JR., DECEASED, § § § § Plaintiff, § § v. § § BARRETT DAFFIN FRAPPIER § TURNER & ENGEL, L.L.P. and § SPECIALIZED LOAN § SERVICING, LLC § § Defendants. § | No. 3:15-CV-1954-M (BF) |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The Court has under consideration the Findings, Conclusions and Recommendation of the United States Magistrate Judge Paul D. Stickney. The District Court reviewed the proposed Findings, Conclusions and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

**IT IS THEREFORE ORDERED** that Defendant Barrett Daffin Frappier Turner & Engel, LLP's Motion to Dismiss [D.E. 5] is **DENIED as moot**, and Defendant Specialized Loan Servicing LLC's Rule 12(b)(6) Motion to Dismiss [D.E. 7] is **DENIED without prejudice**.

**SO ORDERED** this 18 day of March, 2016.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS