U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAY 3 1 2016

CLERK, U.S. DISTRICT COURT
By_____
Deputy

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| MARSHA RILES HARRIS, as<br>EXECUTRIX OF THE ESTATE OF<br>EDDIE MALONE, JR., DECEASED, | §<br>§<br>§<br>§ | |
|     **Plaintiff,** | § | No. 3:15-CV-1954-M (BF) |
| v. | §<br>§ | |
| BARRETT DAFFIN FRAPPIER<br>TURNER & ENGEL, L.L.P. and<br>SPECIALIZED LOAN<br>SERVICING, LLC | §<br>§<br>§<br>§<br>§ | |
|     **Defendants.** | § | |

## FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS
## OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court is Specialized Loan Servicing LLC's Second Rule 12(b)(6) Motion to Dismiss [D.E. 19]. This motion was filed on March 9, 2016. *See* Docket. The Local Civil Rules (the "Local Rules") provide that a response to a motion is due twenty-one (21) days from the date the motion is filed. Local Civ. R. 7.1(e). Based on the Local Rules, Plaintiff was required to file a response to Specialized Loan Servicing LLC's ("SLS") motions by March 30, 2016. *See id.* This deadline passed without Plaintiff filing a response. *See* Docket.

The Court gave Plaintiff an opportunity to cure this by ordering her to file a response by May 20, 2016. Order [D.E. 24]. Plaintiff was also put on notice that if she failed to comply with that order, her failure could result in a recommendation that her case be dismissed for failure to prosecute. *Id.* [D.E. 24]. The Court's deadline for Plaintiff to file responses to SLS's motion has also come and gone. *See id.* [D.E. 10]. The undersigned notes that Plaintiff still has not filed a response.

*See* Docket. Therefore, Plaintiff did not comply with the Court's order to file a response within the prescribed deadline. *See* Order [D.E. 10].

**RECOMMENDATION**

Because Plaintiff has failed to follow the Local Civil Rules and the Court's Order, the undersigned recommends that Plaintiff's case be **DISMISSED without prejudice** for failure to prosecute.

**SO RECOMMENDED**, this 31 day of May , 2016.

_____
PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE

**INSTRUCTIONS FOR SERVICE AND**
**NOTICE OF RIGHT TO APPEAL/OBJECT**

The United States District Clerk shall serve a true copy of these findings, conclusions, and recommendation on the parties. Pursuant to Title 28, United States Code, Section 636(b)(1), any party who desires to object to these findings, conclusions, and recommendation must serve and file written objections within fourteen days after being served with a copy. A party filing objections must specifically identify those findings, conclusions, or recommendation to which objections are being made. The District Court need not consider frivolous, conclusory, or general objections. A party's failure to file such written objections to these proposed findings, conclusions, and recommendation shall bar that party from a de novo determination by the District Court. *See Thomas v. Arn*, 474 U.S. 140, 150 (1985). Additionally, any failure to file written objections to the proposed findings, conclusions, and recommendation within fourteen days after being served with a copy shall bar the aggrieved party from appealing the factual findings and legal conclusions of the Magistrate Judge that are accepted by the District Court, except upon grounds of plain error. *See Douglass v. United Services Auto. Ass'n*, 79 F.3d 1415, 1417 (5th Cir. 1996) (en banc).