UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARSHA RILES HARRIS, as EXECUTRIX OF THE ESTATE OF EDDIE MALONE, JR., DECEASED, <br><br>Plaintiff, <br><br>v. <br><br>BARRETT DAFFIN FRAPPIER TURNER & ENGEL, L.L.P. and SPECIALIZED LOAN SERVICING, LLC <br><br>Defendants. | § § § § § § § § § § § § § § § | No. 3:15-CV-1954-M (BF) |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions and Recommendation of the United States Magistrate Judge Paul D. Stickney. The District Court reviewed the proposed Findings, Conclusions and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

**IT IS THEREFORE ORDERED** that Plaintiff's case is **DISMISSED without prejudice** for failure to prosecute.

SO ORDERED this 23 day of June, 2016.

BARBARA M. G. LYNN
CHIEF JUDGE