UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARSHA RILES HARRIS, as EXECUTRIX OF THE ESTATE OF EDDIE MALONE, JR., DECEASED, <br><br>Plaintiff, <br><br>v. <br><br>BARRETT DAFFIN FRAPPIER TURNER & ENGEL, L.L.P. and SPECIALIZED LOAN SERVICING, LLC <br><br>Defendants. | § § § § § § § § § § § § § § | No. 3:15-CV-1954-M (BF) |

## JUDGMENT

The Court has entered its Order Accepting the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** that this case is dismissed without prejudice.

**SO ORDERED** this 23 day of June, 2016.

BARBARA M. G. LYNN
CHIEF JUDGE